## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARCUS BARROWS**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1082(DJS) |
| **NEVERILL COLEMAN, ET AL**<br>    Defendants | : |

### ORDER

The Motion to Withdraw Appearance As Counsel for Plaintiff (Doc. #26) of T.J. Morelli-Wolfe is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th   day of January, 2004.


          /s/DJS
         Dominic J. Squatrito
         United States District Judge