UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BARROWS | : |
| v. | : CASE NO. 3:02CV1082 (DJS) |
| NEVERILL COLEMAN and SHANNON BELCHER | : |

<u>JUDGMENT</u>

This action having come on for consideration of defendants' motion for summary judgment **[doc. #16]** and plaintiffs motion for summary judgment **[doc. #19]** before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motions and the full record of the case including applicable principles of law, and having filed a ruling granting the defendant's motion and denying the plaintiff's motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants' Neverill Coleman and Shannon Belcher on all counts.

Dated at Hartford, Connecticut, this 18th day of January 2005.

KEVIN F. ROWE, Clerk

By _____
    Terri Glynn
    Deputy Clerk